UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| LISA ROLLE-EVANS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:17-CV-187 |
| HOME DEPOT U.S.A., INC., | ) ) ) |
| Defendant. | ) |

## JUDGMENT

This action came before the Honorable J. Ronnie Greer, District Judge, presiding, and the issues having been duly addressed and a decision having been duly rendered,

It is ORDERED and ADJUDGED that the plaintiff recover nothing of the defendant, HOME DEPOT U.S.A. INC., and that the action of plaintiff against the defendant be DISMISSED on the merits.

So ordered.

ENTER:

                                            s/J. RONNIE GREER
                                   UNITED STATES DISTRICT JUDGE